UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV21-09610 JAK (ASx) | Date | February 14, 2022 |
|---|---|---|---|
| Title | Rasmus Ray Lee v. Equifax Information Services, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|

| T. Jackson-Terrell | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL AS TO PENNYMAC LOAN SERVICES, LLC ONLY (DKT. 24)**

On February 1, 2022, a notice of settlement was filed stating that a settlement has been reached between Plaintiff and Defendant PennyMac Loan Services, LLC. ("PennyMac"). The Court sets an Order to Show Cause re Dismissal for April 18, 2022. If a dismissal is not filed by April 11, 2022, counsel shall file a response to the Order to Show Cause, which includes the status of the settlement and the anticipated date the dismissal will be filed. The response shall not include any substantive contents of any settlement discussions between the parties. In light of the foregoing, all dates and deadlines are vacated as to **PennyMac Loan Services, LLC**, only.

**IT IS SO ORDERED.**

:

Initials of Preparer        TJ